FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 09, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMERICAN FAMILY LIFE INSURANCE COMPANY, a Wisconsin insurance corporation,<br><br>　　　　Plaintiff-Stakeholder,<br><br>　v.<br><br>ESTATE OF ROBERT W. BRADLEY; SARAH McLAUGHLIN, an individual; AMY MARIE BRADLEY, an individual; KESHIA HAHN, an individual and personal representative of the Estate of Robert W. Bradley; ROLLAND HOOD, an individual; RICHARD HOOD, an individual; D.P., a minor; M.P., a minor; RE. B., a minor; RY. B., a minor; and DOES 1-25,<br><br>　　　　Defendant-Claimants. | No. 2:23-CV-312-MKD<br><br>ORDER DENYING MOTIONS FOR SUMMARY JUDGMENT<br><br>**ECF Nos. 74, 77** |

ORDER - 1

| | |
|---|---|
| SARAH McLAUGHLIN, | |
| Cross-Claimant, | |
| v. | |
| ESTATE OF ROBERT W. BRADLEY, an individual; AMY MARIE BRADLEY, an individual; KESHIA HAHN, an individual and personal representative of the Estate of Robert W. Bradley; ROLLAND HOOD, an individual; RICHARD HOOD, an individual; D.P., a minor; M.P., a minor; RE. B., a minor; RY. B., a minor; and DOES 1-25, | |
| Cross-Defendants. | |
| ESTATE OF ROBERT W. BRADLEY, by and through personal representative Keshia Hahn; RE. B., a minor; RY. B., a minor, | |
| Cross-Claimants, | |
| v. | |
| AMY MARIE BRADLEY, an individual; ROLLAND HOOD, an individual; RICHARD HOOD, an individual; D.P., a minor; M.P., a minor; RE. B., a minor; RY. B., a minor; and DOES 1-25, | |
| Cross-Defendants. | |

ORDER - 2

1  Before the Court are the Estate of Robert W. Bradley, RE. B., and RY. B.'s
2  Motion for Summary Judgment, ECF No. 74, and Sarah McLaughlin's Cross
3  Motion for Summary Judgment, ECF No. 77.  The Court held a hearing on January
4  7, 2025.  ECF No. 89.  Jodi Thorp appeared for the Estate of Robert W. Bradley,
5  RE. B., and RY. B.  William Spurr appeared for Sarah McLaughlin.  Patrick
6  Harwood appeared for Amy Marie Bradley, D.P., and M.P.  For the reasons stated
7  on the record—to include numerous genuine disputes as to material facts,
8  inconsistencies between the written policy and witness testimony, and the
9  possibility of recission as an equitable outcome—the Court denies the Estate of
10 Robert W. Bradley, RE. B., and RY. B.'s Motion for Summary Judgment, ECF
11 No. 74, and Sarah McLaughlin's Cross Motion for Summary Judgment, ECF No.
12 77.  Further, for the reasons stated on the record, the Court denies, with leave to
13 renew, Amy Marie Bradley, D.P., and M.P.'s request for the Court to narrow the
14 issues.  Finally, as stated on the record, the parties are directed to hold March 17,
15 2025, as the trial date in this matter, and confer as to backup dates, in the event a
16 criminal matter proceeds to trial on March 17, 2025.  The parties shall notify the
17 Courtroom Deputy no later than January 10, 2025, as to their availability during
18 the weeks of April 28, 2025, May 5, 2025, and May 19, 2025.  All deadlines
19 remain unchanged.  *See* ECF No. 32.
20

ORDER - 3

Accordingly, **IT IS HEREBY ORDERED:**

1. The Estate of Robert W. Bradley, RE. B., and RY. B.'s Motion for Summary Judgment, **ECF No. 74**, and Sarah McLaughlin's Cross Motion for Summary Judgment, **ECF No. 77**, are **DENIED**.

2. Amy Marie Bradley, D.P., and M.P.'s request for the Court to narrow the issues is **DENIED**, with leave to renew.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide a copy to the parties.

DATED January 9, 2025.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 4