AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 03, 2025

SEAN F. McAVOY, CLERK

| | |
|---|---|
| AMERICAN FAMILY LIFE INSURANCE COMPANY, a Wisconsin insurance corporation, | ) |
| *Plaintiff-Stakeholder,* <br> v. | ) ) ) ) |
| ESTATE OF ROBERT W. BRADLEY; SARAH McLAUGHLIN, an individual; AMY MARIE BRADLEY, an individual; KESHIA HAHN, an individual and personal representative of the Estate of Robert W. Bradley; ROLLAND HOOD, an individual; RICHARD HOOD, an individual; D.P., a minor; M.P., a minor; RE. B., a minor; RY. B., a minor; and DOES 1-25, | ) |
| *Defendant-Claimants.* <br> v. | |
| SARAH McLAUGHLIN | |
| *Cross-Claimant* <br> v. | |
| ESTATE OF ROBERT W. BRADLEY, an individual; AMY MARIE BRADLEY, an individual; KESHIA HAHN, an individual and personal representative of the Estate of Robert W. Bradley; ROLLAND HOOD, an individual; RICHARD HOOD, an individual; D.P., a minor; M.P., a minor; RE. B., a minor; RY. B., a minor; and DOES 1-25, | |
| *Cross-Defendants* <br> v. | |
| ESTATE OF ROBERT W. BRADLEY, by and through personal representative Keshia Hahn; RE. B., a minor; RY. B., a minor, | |
| *Cross-Claimants* <br> v. | |
| AMY MARIE BRADLEY, an individual; ROLLAND HOOD, an individual; RICHARD HOOD, an individual; D.P., a minor; M.P., a minor; RE. B., a minor; RY. B., a minor; and DOES 1-25, | |
| *Cross-Defendants* | |

Civil Action No. 2:23-cv-00312-MKD

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____ _____.

☑ other:

Pursuant to the Order filed at ECF No. 134, the Court FINDS AND CONCLUDES that the proceeds of the 2022 Policy, previously deposited into the Court's registry, shall be distributed in accordance with Paragraph 56 of this Order. Specifically, the Clerk of Court is directed to disburse the funds held in the Court's registry, less the fee from the income earned on the deposited proceeds, at the rates published by the Director of the Administrative Office of the United States Courts, as follows:
1. RE.B. – **$310,397.47, plus 30% of Court accrued interest.**
2. RY.B. – **$310,397.47, plus 30% of Court accrued interest.**
3. Ms. McLaughlin – **$387,974.33, plus 37.5% of Court accrued interest.**
4. Ms. McQueen – **$19,564.95, plus 2.5% of Court accrued interest.**

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☑ tried by Judge ___Mary K. Dimke___ without a jury and the above decision was reached.

☐ decided by Judge _____

Date: __6/3/2025__

CLERK OF COURT

SEAN F. McAVOY

*s/Lee Reams*
(By) Deputy Clerk
Lee Reams